DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**31 FORD LLC,**
Appellant,

v.

**TENANT'S RIGHTS LLC,** as assignee to **MARIE ZULME,**
Appellee.

No. 4D2026-0312

[July 1, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502025SC017323XXXAWB.

Michael Ira Bernstein, Matthew Savino and Jordan Charles Kaplan of The Bernstein Law Firm, Miami, for appellant.

Daniel William Bialczak of Korte & Associates, PLLC, Palm Beach Gardens, for appellee.

LOTT, J.

31 Ford LLC ("Landlord") appeals an order denying its motion to dismiss or transfer venue of a suit brought in Palm Beach County for return of a security deposit. We reverse based on *Casa Verde MHC, LLC v. Tenant's Rights LLC*, No. 4D2025-2002, 2026 WL 1154014 (Fla. 4th DCA Apr. 29, 2026).

As in *Casa Verde,* the face of appellee's complaint failed to allege a basis for venue in Palm Beach County. *See id.* (citing *Nicholas v. Ross*, 721 So. 2d 1241, 1242 (Fla. 4th DCA 1998) ("[T]he plaintiff must allege in the complaint a sufficient basis for the selected venue.")). The complaint's generalized citation to Florida Small Claims Rule 7.060 is insufficient for appellee to satisfy its burden to plead venue. *See* Fla. Sm. Cl. R. 7.060(a) (listing seven permissible filing locations).

Consequently, we reverse and remand with directions to grant Landlord's motion and transfer this action to Miami-Dade County court.

*Reversed and remanded.*

GROSS and SHAW, JJ., concur.

\* \* \*

**Not final until disposition of timely-filed motion for rehearing.**